## GARZA v. STATE.

### No. 24804.

Court of Criminal Appeals of Texas.

June 7, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of driving a motor vehicle upon a public street while intoxicated. His punishment was assessed at a fine of $50.00 and confinement in the county jail for 30 days.

All matters of procedure appear regular. The record is before us without a statement of facts or bills of exception.

The judgment is affirmed.